

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2019

No. 04-19-00238-CV

**PREMIEANT INCORPORATED D/B/A PREMIEANT,**
Appellants

v.

Constance **SNOWDEN**, as next Friend and Legal Guardian of Annette Snowden, an
incapacitated Person,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI14231
Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

Appellant has filed an agreed motion for extension of time to file its reply brief. The
motion is GRANTED. Appellant's reply brief is due September 3, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 9th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court